**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:      Julie  Fischer v. Sam Ramsey, Nancy Ramsey, Kurt Ronacher and
                          Melissa Ronacher

Appellate case number:   01-14-00743-CV

Trial court case number:  2007-63130

Trial court:              234th District Court of Harris County

This appeal is stayed pursuant to the Suggestion of Bankruptcy stating that appellant, Julie Fischer, has filed a petition for relief under Chapter 13 of Title 11, United States Code, in Case 15-31572, in the United States Bankruptcy Court for the Southern District of Texas, which appellant filed in this Court on March 30, 2015. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy).

Until the parties notify the Court that the bankruptcy has been concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

Clerk's signature:  _____
                          Clerk of the Court

Date:  April 2, 2015